UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Mario SAMANIEGO-Canto,<br><br>Defendant | Magistrate Docket No. '08 MJ 0043<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED
2008 JAN -7  AM 11: 00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **January 5, 2008** within the Southern District of California, defendant, **Mario SAMANIEGO-Canto,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF **JANUARY 2008**

_____
Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Mario SAMANIEGO-Canto**

## PROBABLE CAUSE STATEMENT

On January 5, 2008 Border Patrol Agent E. Worley was conducting linewatch duties in the Imperial Beach Border Patrol Station's area of operation. At approximately 1:30 PM Agent Worley responded to possible illegal alien acitivity in an area known as Airport Mesa. This area is approximately three and one half miles east of the port of entry at San Ysidro, California and approximately 300yards north of the United States/Mexico International boundary.

When Agent Worley arrived in the area, he encountered the defendant, **Mario SAMANIEGO-Canto**, trying to conceal himself in brush. Agent Worley approached the defendant and identified himself as a Border Patrol Agent. Agent Worley then questioned the defendant as to his immigration status. The defendant admitted to being a citizen and national of Mexico illegally present in the United States. Agent Worley placed the defendant under arrest and transported him to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 1, 2007** through **San Ysidro, Calexico, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant admitted that he understood his rights and agreed to be interviewed without representation. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant claimed that he entered the United States illegally destined for Washington state.

1/7/08, 1000 hrs