**SARA M. PELOQUIN**
California State Bar No. Pending
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Mr. Samaniego-Canto

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0043-POR |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **MARIO SAMANIEGO-CANTO,** | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: January 10, 2008        /s/  *Sara Peloquin*
                              **SARA M. PELOQUIN**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Samaniego-Canto

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated:  January 10, 2008         /s/  *Sara Peloquin*
                  **SARA M. PELOQUIN**
                  Federal Defenders of San Diego, Inc.
                  225 Broadway, Suite 900
                  San Diego, CA  92101-5030
                  (619) 234-8467  (tel)
                  (619) 687-2666  (fax)
                  Sara_Peloquin@fd.org